UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC, and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

Civil Action No.: 24-cv-_____

*Plaintiffs,*

vs.

THE STATE OF NEW YORK,

*Defendant.*

---------------------------------------------------------X

## **HOLTEC INDIAN POINT 2, LLC'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Plaintiff Holtec Indian Point 2, LLC respectfully submits the following:

1. Holtec Indian Point 2, LLC is 100% privately owned;

2. Holtec Indian Point 2, LLC's ultimate parent is privately owned Holtec International;

3. No publicly held corporation owns 10% or more of Holtec Indian Point 2, LLC; and

4. Holtec Indian Point 2, LLC has no subsidiaries or affiliates that have issued shares to the public.

Dated: April 18, 2024
New York, New York

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        By:_____
            James M. Catterson
        31 West 52nd Street
        New York, NY 10019-6131
        Phone: 212.858.1000
        Fax: 212.858.1500
        james.catterson@pillsburylaw.com

        Jay E. Silberg (*pro hac vice application forthcoming*)
        Anne Leidich (*pro hac vice application forthcoming*)
        1200 17th St. NW
        Washington, DC 20036
        jay.silberg@pillsburylaw.com
        anne.leidich@pillsburylaw.com

        *Attorneys for Plaintiffs Holtec International, Holtec Indian Point 2, LLC, Holtec Indian Point 3, LLC, and Holtec Decommissioning International, LLC*