UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC, and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

Civil Action No.: 24-cv-_____

*Plaintiffs,*

vs.

THE STATE OF NEW YORK,

*Defendant.*

-----------------------------------------------------------X

## HOLTEC DECOMMISSIONING INTERNATIONAL LLC'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Plaintiff Holtec Decommissioning International, LLC respectfully submits the following:

1. Holtec Decommissioning International, LLC is 100% privately owned;

2. Holtec Decommissioning International, LLC's ultimate parent is privately owned Holtec International;

3. No publicly held corporation owns 10% or more of Holtec Decommissioning International, LLC; and

4. Holtec Decommissioning International, LLC has no subsidiaries or affiliates that have issued shares to the public.

Dated: April 18, 2024
New York, New York

                        PILLSBURY WINTHROP SHAW PITTMAN LLP

                        By:_____
                              James M. Catterson
                        31 West 52nd Street
                        New York, NY 10019-6131
                        Phone: 212.858.1000
                        Fax: 212.858.1500
                        james.catterson@pillsburylaw.com

                        Jay E. Silberg (*pro hac vice application forthcoming*)
                        Anne Leidich (*pro hac vice application forthcoming*)
                        1200 17th St. NW
                        Washington, DC 20036
                        jay.silberg@pillsburylaw.com
                        anne.leidich@pillsburylaw.com

                        *Attorneys for Plaintiffs Holtec International, Holtec Indian Point 2, LLC, Holtec Indian Point 3, LLC, and Holtec Decommissioning International, LLC*