

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

James M. Catterson
tel: +1.212.858.1048
james.catterson@pillsburylaw.com

June 17, 2024

Via ECF

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    *Holtec International v. State of New York*, Case No. 7:24-cv-02929 (KMK)
              Plaintiffs' Request for Adjournment of Initial Conference

Dear Judge Karas:

    We write in accordance with Section I.C. of this Court's Individual Rules of Practice on behalf of Plaintiffs Holtec International, Holtec Indian Point 2, LLC, Holtec Indian Point 3, LLC, and Holtec Decommissioning International, LLC (hereinafter referred to collectively as "Plaintiffs") to request an adjournment of the initial conference.

    The parties are currently scheduled to appear for an initial conference on June 26, 2024, at 12:00 p.m. and must submit a proposed case management and discovery schedule via ECF by 5:00 p.m. the evening before the initial conference. Dkt. No. 18. On June 13, 2024, Plaintiffs filed a letter motion for a pre-motion conference in anticipation of filing a motion to dismiss Defendant's counterclaim, which Defendant interposed on May 23, 2024. Dkt. No. 19.

    In light of Plaintiffs' pending letter motion, and with the consent of Defendant, Plaintiffs respectfully request that the initial conference be adjourned for at least 90 days and until such time as Plaintiffs' motion to dismiss is decided. This is Plaintiffs' first request for adjournment.

The June 26 conference will be converted from an initial conference to a pre-motion conference.

So Ordered.
6/17/24

Respectfully submitted,

James M. Catterson
Partner

cc: Philip Michael Bein
NYS Office of The Attorney General
28 Liberty Street

www.pillsburylaw.com

New York, NY 10005
(Via ECF)