THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

    Plaintiffs,

– against –

THE STATE OF NEW YORK,

    Defendant.

Case No. 7:24-cv-02929-KMK

## MOTION TO WITHDRAW

I am Philip Bein, attorney of record for defendant State of New York in the within case, and respectfully submit this motion to withdraw due to my impending retirement. The parties have submitted fully briefed motions for summary judgment that are pending before the Court. I will be retiring from service in the New York Attorney General's Office on May 14, 2025. Channing Wistar Jones, an attorney in that office, will be taking over for me as counsel of record and has already filed an appearance in the case. I am not asserting a retaining or charging lien in the case.

Wherefore, I respectfully request that the Court enter an order for my withdrawal as counsel in this case.

Dated: New York, New York
    May 7, 2025

/s/ Philip Bein
Philip Bein

SO ORDERED:
HON. KENNETH M. KARAS U.S.D.J.
5/8/2025