UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

Plaintiffs,

– against –

THE STATE OF NEW YORK,

Defendant.

Case No. 7:24-cv-02929-KMK

[PROPOSED] FINAL JUDGMENT

---

WHEREAS, Plaintiffs commenced this action by filing a complaint on April 18, 2024 (the "Complaint"); and

WHEREAS, Defendant filed an amended answer and counterclaim on July 2, 2024 (the "Amended Answer"); and

WHEREAS, Plaintiffs moved for summary judgment in their favor on Count One of the Complaint and Count One of the Amended Answer pursuant to Rule 56 of the Federal Rules of Civil Procedure on October 7, 2024; and

WHEREAS, Defendant cross moved for summary judgment in its favor on Count One of the Complaint and Count One of the Amended Answer pursuant to Rule 56 of the Federal Rules of Civil Procedure on November 8, 2024; and

WHEREAS, an Order and Opinion of the Honorable Kenneth M. Karas, United States District Judge, was entered on September 24, 2025, granting Plaintiffs' motion and denying Defendant's cross motion;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Plaintiffs' motion for summary judgment in their favor on Count One of the Complaint and Count One of the Amended Answer is GRANTED;

2. Defendant's cross motion for summary judgment in its favor on Count One of the Complaint and Count One of the Amended Answer is DENIED;

3. New York State Environmental Conservation Law § 30-0103 (eff. August 18, 2023) is preempted by federal law and unconstitutional pursuant to the Supremacy Clause of the U.S. Constitution and 28 U.S.C. § 2201 as applied to Plaintiffs and their officers and employees; and

4. The parties shall adhere to the terms of the so-ordered stipulation annexed hereto as Appendix A through the date of disposition of any timely appeal from this Final Judgment to the United States Court of Appeals for the Second Circuit.

The Clerk is hereby directed to enter Final Judgment and close this action forthwith.

**Dated:** 10/17/25

_____
KENNETH M. KARAS
U.S. District Judge

# APPENDIX A

APPENDIX A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

        Plaintiffs,

– against –

THE STATE OF NEW YORK,

        Defendant.

Case No. 7:24-cv-02929-KMK

**STIPULATION AND ORDER**

        **IT IS STIPULATED AND AGREED** by and between the undersigned parties that:

    1.    This stipulation shall be in effect through the disposition of any appeal to the United States Court of Appeals for the Second Circuit from the final judgment of this Court arising from the Order & Opinion dated September 24, 2025 (ECF No. 48).

    2.    Plaintiffs Holtec International, Holtec Indian Point 2, LLC, Holtec Indian Point 3, LLC, and Holtec Decommissioning International, LLC (together, "Holtec") hereby agree that Holtec will not discharge wastewater held in the spent fuel pools and reactor cavities at Units 2 and 3 of the Indian Point nuclear facility into the Hudson River without providing defendant State of New York (the "State") with at least 30 days' advance notice of an intent to do so.

    3.    Holtec further agrees that it will not pursue any discharge of the wastewater referenced in paragraph 2 into the Hudson River during the period between May 1 and September 30 of any calendar year.

4. The State will not at this time seek an injunction against Holtec to prevent the discharges referenced in paragraph 2.

5. The State reserves its right to move this Court and/or an appellate court of competent jurisdiction for an injunction or other relief to prevent any discharge of wastewater as described in paragraph 2 pending resolution of the State's appeal if Holtec informs the State of an intent to discharge, or if the State otherwise learns that a discharge is ongoing or imminent.

Dated: October 16, 2025

THE STATE OF NEW YORK

By: /s/ Channing Wistar-Jones

Channing Wistar-Jones
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

Dated: October 16, 2025

HOLTEC INTERNATIONAL, HOLTEC INDIAN POINT 2, LLC, HOLTEC INDIAN POINT 3, LLC and HOLTEC DECOMMISSIONING INTERNATIONAL, LLC

By: _____

James M. Catterson
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131

**SO ORDERED:**

_____

KENNETH M. KARAS

U.S. District Judge
10/17/25