**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HOLTEC INTERNATIONAL,
HOLTEC INDIAN POINT 2, LLC,
HOLTEC INDIAN POINT 3, LLC and
HOLTEC DECOMMISSIONING
INTERNATIONAL, LLC,

          Plaintiffs,

  – against –

THE STATE OF NEW YORK,

          Defendant.

Case No. 7:24-cv-02929-KMK

**NOTICE OF APPEAL**

---

      PLEASE TAKE NOTICE that Defendant the State of New York hereby appeals to the

United States Court of Appeals for the Second Circuit from the final judgment of the district

court entered in this matter on October 17, 2025 (ECF No. 50).

Dated: New York, New York
       October 20, 2025

       LETITIA JAMES
       Attorney General
       State of New York

By:  /s/ Channing Wistar-Jones

       Channing Wistar-Jones
       Assistant Attorney General
       28 Liberty Street
       New York, NY 10005
       (212) 416-8082
       channing.jones@ag.ny.gov

       *Attorney for Defendant*